Court of Criminal Appeals
Hon Micheal Keasler
PO Box 12308
Austin Texas 78716

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 10 2015
Abel Acosta, Clerk

Clerk
This is Marvin Wayne Craft of
8921 fm 600 South Abilene Texas 79601
in Dec 1992 I was out on Bond
for Attempted Burgerly and Drug
Possession at SOS Bail Bond Mr
Billy Olsen Sr.
In Dec 1992 After Police Illegally
sezued my 1979 Chevy Pickup
were there was no Impound
But they sereached the truck
and Narcotic officer Drove it
from Seence Had it Painted
And was Driveing it Around
Town with my Tools in it
I was walking down Street
went A Policeman Stopped and
Said they wanted To Talk To me
At Taylor Co Jail
I got in frocent seat with him
we went to Jail were Sgt Bain
Burns Called Billy John Edwards!
At Home 9:30Am

I got on phone with Billy John Edwards who Claimes he is God and could do whatever he wanted to

He said he was putting me in Prison for 18 yrs + 8 yrs Concurrent I was not allowed a lawyer no court or Trail no compitace hearing no evidence

I was taken to Maxium Security Prison in Abilene By Deputy James Hill were I spent over 1 yr I worked for Wayne Scott there who was going by Burgess H. Being from Law suit on Prison System

I Filed Appeal with you from Prison in 1993. Claiming illeagally Prison without court orders Contrast of interest Being I had know Billy John Edwards All my Life and knew of his Drug and Alcohol use on the Bench

in 1971 Billy John Edwards Refused To Rester For Draft he was 17 yrs Old and went to 104th District court and said he was a Judge

that they didn't need judges in
Vietnam he was affaid someone
who kill him in Nam
I files appeal in criminal
Appeal Court and need Records
of Court Action in 1993 from
Prison
Billy John Edwards didn't file
the sentence + conviction in
1992 and the falsefied Document
filing warrent while I in
Prison for the same charges
He files several warrent
for same thing showing a
Bond set but SOS Bail Bond
checked numerious times and
there was no Bond on me
I need any Record of Correspondance
from me to Court in 1992 and
1993 Ann Richards Released
me in Feb 10 1994
On Feb 12 1994 I was Falsely
Accused of Shoplifting and
put in Jail were they had
Warrent on the charges I
had all ready been sentenced
And convicted on and spent

Time in PRison FoR

I was in Jail Taylor Co From
Feb 12 1994 untill second coduction
& new sentence of 18yrs & 8yrs
concessive For same charges
while in Jail in 1994 warrent
For charge I was been Held
without Bond were Files
several time on same attempt
Burgelly & Drug case I had
Been put in PRison FoR
I had medical RecoRd and
several displinnay case in
PRison in 1993
  can you tell me How Billy
John Edwards has Been Allowed
To dien me my Rights Not
Allowing A Lawyer or TRiAL
in court in 1994 Billy John Edwards
Passed out DRunk on the Bench
He had had given To women
in court Room spanish Fly
  I was never swarn in To
A court or Read my Rights
And convicted Two different
Times For same charges
  Jaylan Birda was also Arrested

with me in FEB 1992 there should
Be Record of Her Arrest AND
Held in Taylor Co Jail without
Bond

She HAD outstanding Charges
in NAVADA CARSON City were
she was sent she was Beaten
To Death By Two Male PRISON
GuARDs in PRISON

She HAD Court TRiAL For
the Attempt Burgerly Here
in ABiLene And HAS Been Given
A Long PRiSon term Here in
Texas

ABiLene Police officer gave
Her Cocaine And SAiD if she
would have sex with him
He would Not Charge Her
But was Caught By CAPT
they Havent Done Anything
To Kim Vicker For DRug
use And Sexual Con Duct
with PRisoner

Contact me on Records oF
my Correspondance to You
in 1993 EDWARDS Never Filed
it For Records

MARViN CRAFT